# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Irene Kampanis, 120 Dawson Lane, Jericho, NY 11753

Address of Defendant: Endo Pharmaceuticals Inc., 100 Endo Boulevard, Chadds Ford, PA 19317    (Additional Defendants on separate sheet)

Place of Accident, Incident or Transaction: United States

(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐   No☒

Does this case involve multidistrict litigation possibilities?    Yes☒   No☐

RELATED CASE, IF ANY:
Case Number: 2:13-cv-06542, et al.    Judge: Pratter    Date Terminated:

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☒ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
(*Check Appropriate Category*)

I, Robert W. Sink, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: 3/14/2014    Attorney-at-Law    73201    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 3/14/2014    Attorney-at-Law    73201    Attorney I.D.#

CIV. 609 (5/2012)

## ADDITIONAL DEFENDANTS

Teikoku Seiyaku Co., Ltd.
567 Sanbonmatsu Higashikagawa
Kagawa 769-2695, Japan

Teikoku Pharma USA, Inc.
1718 Ringwood Avenue
San Jose, California 95131

Actavis, Inc.
400 Interplace Parkway
Parsippa.11y, New Jersey 07054

Watson Pharmaceuticals, Inc.
400 Interplace Parkway
Parsippany, New Jersey 07054

Watson Laboratories, Inc.
311 Bonnie Circle
Corona, California 92880

Anda, Inc.
2915 Weston Road
Weston, FL 33331

Anda Pharmaceuticals, Inc.
6500 Adelaide Court
Groveport, Ohio 43125

Valmed Pharmaceuticals, Inc.
300 Alt Blvd.
Grand Island, New York 14072